# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00234-GCM

| | |
|---|---|
| **JAMAL FAREED,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **JERRAD COLLINS,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court upon its Order to Show Cause (ECF Doc. 14), which was filed on May 27, 2021. The Court ordered Plaintiff, within fourteen days, to show cause why it should not dismiss his case without prejudice for failure to prosecute. That time now having expired without Plaintiff showing cause, the Court concludes that this case should be **DISMISSED WITHOUT PREJUDICE**.

**IT IS THEREFORE ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: June 16, 2021

Graham C. Mullen
United States District Judge